**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Marshall Corbin Johnson, Employee, Respondent,

v.

Kohler Company, Self Insured, Carrier, Appellant.

Appellate Case No. 2011-205450

———————————

Appeal From The Workers' Compensation Commission

———————————

Unpublished Opinion No. 2013-UP-050
Submitted December 3, 2012 – Filed January 30, 2013

———————————

**AFFIRMED**

———————————

Russell Thomas Infinger and Tracey Robin Perlman,
both of Nexsen Pruet, LLC, of Greenville, for Appellant.

Patrick E. Knie, of Patrick E. Knie, PA, of Spartanburg,
for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Hall v. Desert Aire, Inc.*, 376 S.C. 338, 347, 656 S.E.2d 753, 757 (Ct. App. 2007) ("Any review of the Appellate Panel's factual findings is governed by the substantial evidence standard."); *id.* at 348, 656 S.E.2d at 758 ("Where there

are conflicts in the evidence over a factual issue, the findings of the Appellate Panel are conclusive."); *McCuen v. BMW Mfg. Corp.*, 383 S.C. 19, 24, 677 S.E.2d 28, 31 (Ct. App. 2009) ("An injury arises out of employment if a causal relationship between the conditions under which the work is to be performed and the resulting injury is apparent to the rational mind, upon consideration of all the circumstances."); *Houston v. Deloach & Deloach*, 378 S.C. 543, 555, 663 S.E.2d 85, 91 (Ct. App. 2008) ("An injury occurs in the course of employment within the meaning of the Workers' Compensation Act when it occurs within the period of employment at a place where the employee reasonably may be in the performance of his duties and while fulfilling those duties or engaged in something incidental thereto." (internal quotation marks omitted)).

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.